UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **NS BRANDS, LTD,** § § § | | |
| *Plaintiff*, § § | | |
| v. § | Civil Action No. SA-21-CV-00726-XR | |
| § § | | |
| **MASTRONARDI PRODUCE LTD and MASTRONARDI PRODUCE-USA, INC.,** § § § § | | |
| *Defendants*. § § | | |

### ORDER SETTING HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION

Plaintiff's Motion for Temporary Restraining Order and Motion for Preliminary Injunction (ECF No. 5) are set for a hearing on **Thursday, August 26, 2021 at 10:30 a.m**. Due to the exigent circumstances created by the COVID-19 pandemic, the hearing will be conducted by Zoom (the Courtroom Deputy will inform the parties of the means for accessing the hearing), unless a party demonstrates a need for an in-person proceeding.

Plaintiff shall make all efforts to effect service of process on Defendants as quickly as possible, and Plaintiff shall provide a copy of this Order to Defendants by all means reasonably calculated to provide notice as soon as possible, including email.

It is so ORDERED.

SIGNED August 3, 2021.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE