**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **NS BRANDS, LTD.** | |
| **Plaintiff,** | **Case No. 5:21-CV-00726-XR** |
| **v.** | |
| **MASTRONARDI PRODUCE LTD. and MASTRONARDI PRODUCE-USA, INC.,** | |
| **Defendants.** | **JURY DEMAND** |

## DISMISSAL WITHOUT PREJUDICE

Plaintiff NS Brands, Ltd. hereby dismisses its claims against defendants Mastronardi Produce Ltd. and Mastronardi Produce-USA, Inc. **without prejudice** pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: November 15, 2021

By:  */s/ Marc Lorelli*
Marc Lorelli (Admitted Pro Hac Vice)
BROOKS KUSHMAN P.C.
1000 Town Center, 22nd Floor
Southfield, Michigan
Telephone:  (248) 358-4400
Facsimile:  (248) 358-3351
mlorelli@brookskushman.com

LARRY D. WARREN
ATTORNEY-IN-CHARGE
State Bar No. 20888450
FBN: 13339
NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6350
Facsimile:  (210) 785-2950
lwarren@namanhowell.com

**ATTORNEYS FOR PLAINTIFF
NS BRANDS, LTD**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record via ECF pursuant to the Federal Rules of Civil Procedure.

*/s/ Marc Lorelli*
Marc Lorelli