UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| NS BRANDS, LTD.<br><br>       Plaintiff,<br><br>v.<br><br>MASTRONARDI PRODUCE LTD. and<br>MASTRONARDI PRODUCE-USA, INC.,<br><br>       Defendants. | Case No. 5:21-CV-00726-XR<br><br><br><br>JURY DEMAND |

## DISMISSAL WITH PREJUDICE

Plaintiff NS Brands, Ltd. and defendants Mastronardi Produce Ltd. and Mastronardi Produce-USA, Inc. have settled their dispute via a settlement agreement in the above-captioned case. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the parties dismiss any and all claims in the present action against each other with prejudice. Each side is to bear its own costs and attorney fees.

Respectfully submitted,

Dated: November 18, 2021

By: */s/ Marc Lorelli*
Marc Lorelli (Admitted Pro Hac Vice)
BROOKS KUSHMAN P.C.
1000 Town Center, 22nd Floor
Southfield, Michigan
Telephone:  (248) 358-4400
Facsimile:  (248) 358-3351
mlorelli@brookskushman.com

LARRY D. WARREN
ATTORNEY-IN-CHARGE
State Bar No. 20888450
FBN: 13339
NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6350
Facsimile:  (210) 785-2950
lwarren@namanhowell.com

**ATTORNEYS FOR PLAINTIFF
NS BRANDS, LTD**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record via ECF pursuant to the Federal Rules of Civil Procedure.

*/s/ Marc Lorelli*
Marc Lorelli

1